**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GRAZYNA MANIECKA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-06622

Judge Martha M. Pacold
Magistrate Judge Gabriel A. Fuentes

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | AQ Fashion Shoe Shop |

1