**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Grazyna Maniecka

                                  Plaintiff,

v.

                                    Case No.:
                                    1:26−cv−06622
                                    Honorable Martha M.
                                    Pacold

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 12, 2026:

        MINUTE entry before the Honorable Martha M. Pacold: Initial status hearing is set for 7/14/2026 at 9:00 a.m. in person in Courtroom 2325. By 7/7/2026, the parties shall file an Initial Joint Status Report. By 7/7/2026, plaintiff is ordered to show cause why this case should not be dismissed for want of personal jurisdiction. Plaintiff has not adequately established personal jurisdiction. The Seventh Circuit has, in some cases, found the existence of specific personal jurisdiction in trademark, copyright, and patent infringement suits against online retailers, but only when the defendant has shipped the allegedly infringing products to the forum state. See, e.g., NBA Props., Inc. v. HANWJH, 46 F.4th 614, 62223 (7th Cir. 2022). Absent fulfillment and shipment of an order into the forum state, the operation of an "interactive" online storefront is insufficient to establish personal jurisdiction. See Advanced Tactical Ordnance Sys., LLC v. Real Action Paintball, Inc., 751 F.3d 796, 803 (7th Cir. 2014) ("Having an interactive website... should not open a defendant up to personal jurisdiction in every spot on the planet where that interactive website is accessible."). Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.